# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:06-cv-180

| | |
|---|---|
| **MEINEKE CAR CARE CENTERS, INC.** ) <br> **Plaintiff** ) <br> ) <br> vs. ) <br> ) <br> **DAVID L. DUVALL** ) <br> **Defendant.** ) <br> ) | **JUDGMENT** |

This matter is before the Court pursuant to the April 12, 2007 Order granting in part and denying in part Plaintiff's motion for judgment on the pleadings and directing entry of judgment.

JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff against the Defendant David L. Duvall in the sum of ten thousand four hundred thirty-nine dollars and twenty-nine cents ($10,439.29) with post-judgment interest to accrue at the statutory rate.

Signed: April 12, 2007

Frank G. Johns, Clerk
United States District Court